ACCEPTED
06-14-00194-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/9/2015 5:43:51 PM
DEBBIE AUTREY
CLERK

No. 06-14-00194-CR

IN THE SIXTH COURT OF APPEALS

at TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/9/2015 5:43:51 PM
DEBBIE AUTREY
Clerk

BENNIE JOHNSON, JR.

Appellant

vs.

THE STATE OF TEXAS

Appellee

Appeal from the District Court of Bowie County, Texas
102nd Judicial District

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Bennie Johnson, Jr., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 102nd District Court of Bowie County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. BENNIE JOHNSON, JR., and numbered 12F0821-102.

3.    Appellant was convicted of Aggravated Sexual Assault.

4. Appellant was assessed a sentence of Life on October 16, 2014.

5. Notice of appeal was given on November 10, 2014.

6. The clerk's record was filed on February 13, 2015; the reporter's record was filed on February 5, 2015.

7. The appellate brief is presently due on March 16, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. April 15, 2015.

9. No extensions to file the brief have been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant counsel needs additional time in which to prepare and draft Appellant's Brief. Since the filing of the court and clerk's records, Appellant counsel has had family obligations with young children due to illness and inclement weather. These obligations have required appellant counsel to be away from the office.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By: Derric S. McFarland
Attorney at Law
Texas State Bar # 24048646
816 Pine Street
P.O. Box 1048
Texarkana, TX 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via hand delivery this _9th_ day of March, 2015 to Jerry Rochelle, Bowie County Criminal District Attorney, 601 Main, Texarkana, Texas 75501.

Derric S. McFarland

**STATE OF TEXAS** §
§
**COUNTY OF BOWIE** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Derric S. McFarland, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 9 , 2015 , to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas